IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CV-199-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| $24,100.00 IN U. S. CURRENCY, | ) | |
| Defendant. | ) | |

UPON CONSIDERATION of plaintiff's Motion to Compel and for an Extension of the Discovery Period,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that claimants will respond to the plaintiff's first set of interrogatories and request for production of documents within ten (10) days of entry of this order.

IT IS FURTHER ORDERED that if claimants fail to respond to discovery as ordered, then on application by the United States of America, their claim and answer shall be stricken and default judgment entered.

IT IS FURTHER ORDERED that the Order entered on March 1, 2010 is hereby modified to extend the discovery period referenced therein until September 29, 2010. All dispositive motions shall be filed by October 29, 2010.

SO ORDERED. This 23 day of July, 2010.

                                                                   JAMES C. DEVER, III
                                                                   UNITED STATES DISTRICT COURT JUDGE