# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>      Plaintiff,         )<br>                           )<br>v.                         )<br>                         )<br>                         )<br>$24,100.00 IN U.S. CURRENCY,    )<br>      Defendant.        ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-199-D** |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that:

    1.    Default judgment be and the same is hereby entered against the defendant;

    2.    All persons claiming any right, title, or interest in or to the said defendant are held in default;

    3.    The defendant is forfeited to the United States of America; and

    4.    The United States Department of Justice is hereby directed to dispose of the defendant according to law.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **DECEMBER 1, 2010** WITH A COPY TO:

Stephen A. West (via CM/ECF Notice of Electronic Filing)

Paul Jerald Stainback (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| December 1, 2010<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br>/s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |